UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Stephen Rohrer

       Plaintiff

v

Wells Fargo Bank, N.A.

       Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:14-cv-00101

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that the Court found in favor of the defendant against the plaintiff. Costs shall be taxed to the plaintiff.

Date: 5/15/2015

CLERK, U.S. DISTRICT COURT

/s/ Madison Lancaster
_____
By: Deputy Clerk