IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

vs

CASE No.:

**Taxation of Costs**

  A bill of costs form having been submitted on
and no objections having been filed,

  **Costs** are hereby taxed in the amount of
this  day of    ,  , and that amount included in the judgment.

Clerk, U.S. District Court

By: _____
    Deputy Clerk